IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIONEL LAWRENCE,<br><br>      *Plaintiff*,<br><br>v.<br><br>MICHAEL NUTTER, et al.<br><br>      *Defendants*. | CIVIL ACTION<br>No. 13-4293 |

## ORDER

**AND NOW**, this 20th day June, 2017, after consideration of Defendants' Motion to Dismiss, (ECF No. 24), Plaintiff's response, (ECF No. 31), and Plaintiff's Motion for a Hearing, (ECF No. 34), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss, (ECF No. 24), is **GRANTED**;

2. Lawrence's Motion for a Hearing, (ECF No. 34), is **DENIED**;

3. Lawrence may file a Second Amended Complaint on or before **August 28, 2017**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.