IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIONEL LAWRENCE,

    *Plaintiff*,

v.

MICHAEL NUTTER, et al.

    *Defendants*.

CIVIL ACTION
No. 13-4293

## ORDER

**AND NOW**, this 1st day August, 2017, after consideration of Defendants' Motion to Dismiss, (ECF No. 38), and Plaintiff's response, (ECF No. 40), it is **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Second Amended Complaint, (ECF No. 37), is **DISMISSED with prejudice**.

    BY THE COURT:

    */s/ Gerald J. Pappert*
    GERALD J. PAPPERT, J.